VORCE v. MURRAY.

(Supreme Court, Appellate Division, Third Department. March 8, 1911.)

NEGLIGENCE (§ 29*)—DANGEROUS PREMISES—OBLIGATION OF OWNER.
One in charge of a walk furnishing the means of access to his house and to other premises owned by him owes a duty to one visiting him.
[Ed. Note.—For other cases, see Negligence, Cent. Dig. § 41; Dec. Dig. § 29.*]
Sewell and Houghton, JJ., dissenting.

Appeal from Trial Term.
Action by Orrin Vorce against Eleanor D. Murray. From a judgment for defendant, plaintiff appeals. Reversed, and new trial granted.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Argued before SMITH, P. J., and KELLOGG, SEWELL, HOUGHTON, and BETTS, JJ.

Edgar T. Brackett (James A. Leary and Walter A. Fullerton, of counsel), for appellant.

Charles B. Templeton (Nash Rockwood and L. B. McKelvey, of counsel), for respondent.

PER CURIAM. It is fair to assume from the record that the walk in question was the means of access to Mrs. Murray's house, which the plaintiff was visiting. It was also the means of access to other tenements and premises owned by the defendant, and apparently she had charge of it. The defendant, therefore, owed a duty to him.

The judgment is therefore reversed, and a new trial granted, with costs to the appellant to abide the event.

SEWELL and HOUGHTON, JJ., dissent.